■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESHAWN WELCH, Appellant. [747 NYS2d 843] —Appeal from a judgment of Onondaga County Court (Fahey, J.), entered June 14, 2001, convicting defendant after a jury trial of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him after a jury trial of criminal possession of a weapon in the third degree (Penal Law § 265.02 [former (4)]). County Court properly denied defendant's *Batson* challenge with respect to a black female prospective juror. The court properly determined that the prosecutor's explanation for exercising a peremptory challenge with respect to that juror was race-neutral and that defendant failed to meet his ultimate burden of establishing that the explanation was a pretext for racial discrimination (*see People v Simmons,* 171 AD2d 1053, *affd* 79 NY2d 1013; *People v Diaz,* 269 AD2d 766, *lv denied* 95 NY2d 852; *see generally People v Payne,* 88 NY2d 172, 181). The verdict is not against the weight of the evidence (*see People v Bleakley,* 69 NY2d 490, 495), and the sentence is not unduly harsh or severe. Present—Green, J.P., Hayes, Hurlbutt, Gorski and Lawton, JJ.